Rel: December 8, 2023

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0337

Brianna Johnson v. T.J. Price, Bailey Wright, and the Pike County Sheriff's Office (Appeal from Pike Circuit Court: CV-22-900065).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Stewart, JJ., concur.